**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Leisure Learning Unlimited, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **aka Learning Unlimited Holdings Corporation** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  0  –  0  3  2  2  0  8  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6363 Richmond Ave #205**<br>Number    Street | **8323 Southwest Freeway, Ste. 670**<br>Number    Street |
| | P.O. Box |
| **Houston**            **TX**    **77057**<br>City              State    ZIP Code | **Houston**            **TX**    **77479**<br>City              State    ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**    **http://www.llu.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor __Leisure Learning Unlimited, Inc._____ Case number (if known) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__  __1__  __1__  __0__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                   MM / DD / YYYY

Debtor **Leisure Learning Unlimited, Inc.**      Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

    **Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

    **Where is the property?** _____

        Number    Street

    _____

    _____

    City    State    ZIP Code

    **Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Leisure Learning Unlimited, Inc.**                                    Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/18/2017**
MM / DD / YYYY

X **/s/ Edward Socha**                                   **Edward Socha**
Signature of authorized representative of debtor      Printed name

Title **Vice President/Treasurer**

| 18. | **Signature of attorney** | X **/s/ Jesse Aguinaga, Attorney at Law, P.C.**           Date **02/18/2017** |
|---|---|---|

Signature of attorney for debtor                              MM / DD / YYYY

**Jesse Aguinaga, Attorney at Law, P.C.**
Printed name

**Aguinaga & Associates**
Firm name

**Jesse Aguinaga, Attorney at Law**
Number        Street

**The Center**

| **Houston** | **TX** | **77074** |
|---|---|---|
| City | State | ZIP Code |

| **(713) 772-7986** | **jfa@aguinagaandassociates.com** |
|---|---|
| Contact phone | Email address |

| **00798026** | **TX** |
|---|---|
| Bar number | State |

**Fill in this information to identify the case**

Debtor name        **Leisure Learning Unlimited, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                      12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | | | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- | --- | --- |

2. **Cash on hand** | | | | | | **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | | Last 4 digits of account number | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase Bank, N.A Checking account 4261 | Checking account | 4 | 2 | 6 | 1 | ($1,963.88) |
| 3.2. | JP Morgan Chase Bank, N.A Checking account 4121 | Checking account | 4 | 1 | 2 | 1 | ($1,465.03) |
| 3.3. | JP Morgan Chase Bank, N.A Savings account 5213 | Savings account | 5 | 2 | 1 | 3 | $14.74 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **($3,414.17)**

Debtor **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____
            Name

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

                                                                                              Current value of
                                                                                              debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                             $0.00

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

                                                                                              Current value of
                                                                                              debtor's interest

11.  **Accounts receivable**

11a.  90 days old or less:  _____**$0.00**_____  –  _____**$0.00**_____  = ............ ➔  _____$0.00_____
                            face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  _____**$0.00**_____  –  _____**$0.00**_____  = ............ ➔  _____$0.00_____
                         face amount              doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                        $0.00

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

                                                Valuation method              Current value of
                                                used for current value        debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                 % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                           $0.00

Debtor  **Leisure Learning Unlimited, Inc.**                                 Case number (if known) _____
       Name

## Part 5:   Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

  ☑ No.  Go to Part 6.
  ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | MM/DD/YYYY | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.           **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
  ☑ No
  ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No.  Go to Part 7.
  ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.           **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**
  ☑ No
  ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    __Leisure Learning Unlimited, Inc._____    Case number (if known) _____
         Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| See Attachment to Schedule. | | Used/Retail/Wholesale | $4,700.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment to Schedule. | | Used/Retail/Wholesale | $4,064.00 |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | Current value of debtor's interest |
|---|---|
| | $8,764.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

Debtor __Leisure Learning Unlimited, Inc.__      Case number (if known) _____
Name

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.
<div style="border:1px solid">$0.00</div>

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Description and location of property
Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available.

Nature and extent of debtor's interest in property

Net book value of debtor's interest (Where available)

Valuation method used for current value

Current value of debtor's interest

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.
$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

__See Attachment to Schedule.__    Used/Retail/Wholesale    $50.00

Debtor   **Leisure Learning Unlimited, Inc.**                                   Case number (if known) _____
     Name

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                              **$50.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

                                                 **Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Monies Owed Debtor by Ex-Employee for Purcase of Celluar Cellphone  on Debtor Account.**          **$600.00**

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                              **$600.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Leisure Learning Unlimited, Inc.**                    Case number (if known) _____
              Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($3,414.17) | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,764.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9*.............................→ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $600.00 | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. $5,999.83 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................. | | $5,999.83 |

```
Fill in this information to identify the case:

Debtor name          Leisure Learning Unlimited, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)            _____
```

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$0.00**

**Fill in this information to identify the case:**

Debtor     __Leisure Learning Unlimited, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)   _____

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                 **Total claim**        **Priority amount**

Debtor    **Leisure Learning Unlimited, Inc.**                                Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.00** |
|---|---|---|---|

**6363 Richmond Management, LLC**

**c/o Ardenwood Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6060 Richmond, Ste. 380**

Basis for the claim:

| **Houston** | **TX** | **77057** | **Defaulted Leasehold** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**Assigned - Five Year/Sixty Month Commerical Leasehold via Executory Contract in Commercial Suite/Storefront Space.**

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.25** |
|---|---|---|---|

**Adine Rotman**

**3805 Brinkman Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Houston** | **TX** | **77018** | **Outstanding Debt** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **4   2   1   D**

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**Aisha Mashwani**

**14723 Ridgechase Ln.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Houston** | **TX** | **77014** | **Outstanding Debt/Refund** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **4   6   0   3**

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.00** |
|---|---|---|---|

**Alexis V Smith**

**1718 Bumelia Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Sugar Land** | **TX** | **77479** | **Outstanding Debt/Refund** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **5   0   9   5**

☑ No
☐ Yes

Debtor __**Leisure Learning Unlimited, Inc.**__    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$44.00

**Alice Jansen**

☐ Contingent
☐ Unliquidated
☐ Disputed

**8202 Hazen**

Basis for the claim:
__Outstanding Debt/Refund__

**Houston**          **TX**     **77036**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **5  4  2  1**

**3.6**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$290.00

**Allison Mohr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**11007 Hedwig Green St.**

Basis for the claim:
__Outstanding Debt/Refund__

**Houston**          **TX**     **77024**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **5  8  0  2**

**3.7**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$25.00

**Andrea Shelton**

☐ Contingent
☐ Unliquidated
☐ Disputed

**7607 Vickijohn Dr.**

Basis for the claim:
__Outstanding Debt/Refund__

**Houston**          **TX**     **77071**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3  7  1  0**

**3.8**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$55.00

**Angela M. Bostain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**16141 Firetower Rd.**

Basis for the claim:
__Outstanding Debt/Refund__

**Conroe**          **TX**     **77306**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | | **$91.00** |
|---|---|---|---|

**Angelita Hawke**

**5118 Indigo St.**

**Houston**          **TX**     **77096**

Date or dates debt was incurred _____

Last 4 digits of account number      **8   1   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | | **$177.00** |
|---|---|---|---|

**Anna Grove**

**1002 Althea Dr.**

**Houston**          **TX**     **77018**

Date or dates debt was incurred _____

Last 4 digits of account number      **3   3   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | | **$35.00** |
|---|---|---|---|

**Anne Savage**

**5356 Surgar Hill**

**Houston**          **TX**     **77056**

Date or dates debt was incurred _____

Last 4 digits of account number      **5   1   8   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.12** | Nonpriority creditor's name and mailing address | | **$70.00** |
|---|---|---|---|

**Antony Tran**

**13239 Brookside Dr.**

**Sugar Land**          **TX**     **77478**

Date or dates debt was incurred _____

Last 4 digits of account number      **5   6   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Leisure Learning Unlimited, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.13**  Nonpriority creditor's name and mailing address

**April Hermosa**

**6418 Mildenhall Ct**

_____

**Houston**      **TX**     **77084**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3   6   2   8**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.00**

---

**3.14**  Nonpriority creditor's name and mailing address

**Ashley N. Keith**

**2441 Staffordshire SE**

_____

**Conyers**      **GA**     **30013**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4   0   6   7**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$86.00**

---

**3.15**  Nonpriority creditor's name and mailing address

**Austina C. Matthias**

**1703 Oxford St.**

_____

**Houston**      **TX**     **77008**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3   6   1   3**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$59.00**

---

**3.16**  Nonpriority creditor's name and mailing address

**Barbara Pearce**

**5515 Clarewood Drive #115**

_____

**Houston**      **TX**     **77081**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1   4   5   J**

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$200.00**

---

Debtor   **Leisure Learning Unlimited, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                    **$286.00**
                                                                          *Check all that apply.*

**Bay Area Sailing School**                                               ☐ Contingent

**1500 Marina Bay Dr #1410**                                              ☐ Unliquidated

**Kemah, TX 7756**                                                        ☐ Disputed

_____                                       Basis for the claim:
                                                                          **Outstanding Debt**
_____

Date or dates debt was incurred          _____              Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                     ☑ No
                                                                  ☐ Yes

**3.18**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                    **$18.00**
                                                                          *Check all that apply.*

**Bennie J. Matusek**                                                     ☐ Contingent

**Lucy Matusek**                                                          ☐ Unliquidated

**2911 London Ct.**                                                       ☐ Disputed

_____                                       Basis for the claim:

**Pearland            TX     77581**                                      **Outstanding Debt/Refund**

Date or dates debt was incurred          _____              Is the claim subject to offset?

Last 4 digits of account number   **1   2   1   5**               ☑ No
                                                                  ☐ Yes

**3.19**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                    **$765.00**
                                                                          *Check all that apply.*

**Bill Goloby**                                                           ☐ Contingent

**PO Box 904**                                                            ☐ Unliquidated

                                                                          ☐ Disputed
_____
                                                                          Basis for the claim:
**Tomball              TX     77377**                                     **Outstanding Debt**

Date or dates debt was incurred          _____              Is the claim subject to offset?

Last 4 digits of account number   **4   0   0   A**               ☑ No
                                                                  ☐ Yes

**3.20**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                    **$2,149.00**
                                                                          *Check all that apply.*

**Blue Marlin Sailing School**                                            ☐ Contingent

**c/o Dave McCabe**                                                       ☐ Unliquidated

**1714 Festival Drive**                                                   ☐ Disputed

_____                                       Basis for the claim:

**Houston              TX     77062**                                     **Outstanding Debt**

Date or dates debt was incurred          _____              Is the claim subject to offset?

Last 4 digits of account number   **7   4   4   1**               ☑ No
                                                                  ☐ Yes

Debtor   **Leisure Learning Unlimited, Inc.** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Bonnie Peterson**

**2815 Foxfire Circle**

_____

**Missouri City**           **TX**     **77459**

Date or dates debt was incurred   _____

Last 4 digits of account number     **4   8   2   8**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$5.00**

---

**3.22**   Nonpriority creditor's name and mailing address

**Brent Olsen**

**6515 Dr.**

_____

**Spring**                 **TX**     **77389**

Date or dates debt was incurred   _____

Last 4 digits of account number     **4   6   0   7**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$48.00**

---

**3.23**   Nonpriority creditor's name and mailing address

**Bronwyn J.  Campbell**

**2817 Panagard**

_____

**Houston**                **TX**     **77082**

Date or dates debt was incurred   _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$145.00**

---

**3.24**   Nonpriority creditor's name and mailing address

**Carol Culkin**

**16103 Burberry Cir.**

_____

**Houston**                **TX**     **77044**

Date or dates debt was incurred   _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$11.00**

---

Debtor   **Leisure Learning Unlimited, Inc.**                         Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Carol Lowrey**

**17923 Zagar Ln.**

_____

**Houston**                 **TX**     **77090**

Date or dates debt was incurred        _____

Last 4 digits of account number        **4   1   8   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$144.00

| 3.26 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Carolyn Greer**

**16514 Pradera Drive**

_____

**Houston**                 **TX**     **77083**

Date or dates debt was incurred        _____

Last 4 digits of account number        **6   3   7   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$55.00

| 3.27 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Cassandra Thomas**

**4606 Pippoiing Glen Drive**

_____

**Humble**                 **TX**     **77396**

Date or dates debt was incurred        _____

Last 4 digits of account number        **1   2   1   A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$200.00

| 3.28 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Cathey G Michell**

**5215 Braeburn Dr.**

_____

**Bellaire**                 **TX**     **77401**

Date or dates debt was incurred        _____

Last 4 digits of account number        **2   4   8   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$75.00

Debtor __Leisure Learning Unlimited, Inc.__   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

**Cecile Ellison**

**2908 Sandres Ct.**

**League City          TX      77573**

Date or dates debt was incurred

Last 4 digits of account number    4   4   4   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$72.00

**3.30** Nonpriority creditor's name and mailing address

**Charles Henderson**

**155 Birdsall St #109**

**Houston          TX      77007**

Date or dates debt was incurred

Last 4 digits of account number    0   8   4   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

**3.31** Nonpriority creditor's name and mailing address

**Chris Narvaez**

**8738 Rustonn Ridge Dr.**

**Richmond          TX      77406**

Date or dates debt was incurred

Last 4 digits of account number    3   4   3   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$61.00

**3.32** Nonpriority creditor's name and mailing address

**Christine Mitchell**

**4620 N. Braeswood Blvd 21**

**Houston          TX      77096**

Date or dates debt was incurred

Last 4 digits of account number    5   1   1   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$62.00

Debtor   **Leisure Learning Unlimited, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.30** |
|---|---|---|---|

**Comcast Business**

**PO Box 660618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    TX          **75266-0618**

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number      **3   1   4   0**

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,174.26** |
|---|---|---|---|

**Crady Jewett & Mc Culley**

**2727 Allen Pkwy Ste 1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    TX          **77019**

Basis for the claim:
**Attorney Fees**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.12** |
|---|---|---|---|

**Crystal Suton**

**14878 Eusingwold Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    TX          **77015**

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number      **5   6   2   D**

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Currie A McRee**

**4038 Underwood**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    TX          **77025**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number      **0   2   2   6**

☑ No
☐ Yes

Debtor   **Leisure Learning Unlimited, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** | Nonpriority creditor's name and mailing address

**Cynthia M Jackson**

**1302 Waugh Dr., #577**

_____

**Houston**                    **TX**      **77019**

Date or dates debt was incurred   _____

Last 4 digits of account number      **8   7   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$105.00

**3.38** | Nonpriority creditor's name and mailing address

**Danielle P Carmouche**

**4800 Research Forerst Dr**

_____

**The Woodland**                **TX**      **77381**

Date or dates debt was incurred   _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$5.00

**3.39** | Nonpriority creditor's name and mailing address

**David Fitch**

**2305 Persa St.**

_____

**Houston**                    **TX**      **77019**

Date or dates debt was incurred   _____

Last 4 digits of account number      **3   3   7   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$132.00

**3.40** | Nonpriority creditor's name and mailing address

**Dawn Madayag**

**7103 Shady Moss Lane**

_____

**Houston**                    **TX**      **77040**

Date or dates debt was incurred   _____

Last 4 digits of account number      **5   4   9   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$25.00

Debtor **Leisure Learning Unlimited, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      Amount of claim

**3.41**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$54.80**
*Check all that apply.*

**Deborah Gomez**

**173 Water Glenn Drive**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

**Livingston**     **TX**    **77351**      **Outstanding Debt**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
     ☐ Yes

**3.42**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$54.60**
*Check all that apply.*

**Denise O'Doherty**

**2205 Huldy Street**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

**Houston**     **TX**    **77019**      **Outstanding Debt**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   **0 8 8 C**      ☑ No
     ☐ Yes

**3.43**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$133.30**
*Check all that apply.*

**Don Holcombe**

**28 Tiel Way**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

**Houston**     **TX**    **77019**      **Outstanding Debt**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   **B D E I**      ☑ No
     ☐ Yes

**3.44**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      **$211.05**
*Check all that apply.*

**Donald Burger**

**PO Box 70828**      ☐ Contingent

**Houston,, TX 77270**      ☐ Unliquidated
     ☐ Disputed

     Basis for the claim:

     **Outstanding Debt**

Date or dates debt was incurred      Is the claim subject to offset?

Last 4 digits of account number   **0 0 5 A**      ☑ No
     ☐ Yes

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

Dorothy Huang

3028 Wood Springs Lane

Round Rock          TX     78681

Date or dates debt was incurred

Last 4 digits of account number      0   8   1   C

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$579.50**

---

**3.46** Nonpriority creditor's name and mailing address

Edna Lopez

18014 Karlow Trail Ln.

Houston          TX     77074

Date or dates debt was incurred

Last 4 digits of account number      8   2   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

**$15.00**

---

**3.47** Nonpriority creditor's name and mailing address

Ellan Michaels

9103 Woodwind Lakes Dr.

Houston          TX     77040

Date or dates debt was incurred

Last 4 digits of account number      3   4   6   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

**$71.00**

---

**3.48** Nonpriority creditor's name and mailing address

Ellen Schwartz

9123 Covent Garden

Houston          TX     77031

Date or dates debt was incurred

Last 4 digits of account number      7   1   3   F

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$649.00**

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.49** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|---|

**Elsa O Garcia**

**11223 Ashwood Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Humble | TX | 77338 |
|---|---|---|

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    4   3   0   2

| **3.50** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $69.00 |
|---|---|---|---|---|

**Ernesto Loera**

**4715 Saxon**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Bellaire | TX | 77401 |
|---|---|---|

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    3   8   9   9

| **3.51** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|---|

**Evania R Osborn**

**822 W 42nd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77018 |
|---|---|---|

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2   2   6   2

| **3.52** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $7,787.40 |
|---|---|---|---|---|

**Evelyn Rubenstein Jewish Community Ctr.**

**Lapin & Landa, LLPc/o**

**500 Jefferson Street, Ste. 2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77002-7371 |
|---|---|---|

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Leisure Learning Unlimited, Inc.** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | | $34.00 |
|---|---|---|---|

**Fluer Kouraogo**

**6311 Beverly Hills St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**     **77057**

Basis for the claim: **Outstanding Debt/Refund**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3   3   0   2**

---

| 3.54 | Nonpriority creditor's name and mailing address | | $90.00 |
|---|---|---|---|

**Gerald Bartosch**

**8302 Hillcroft**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**     **77096**

Basis for the claim: **Outstanding Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.55 | Nonpriority creditor's name and mailing address | | $1,690.00 |
|---|---|---|---|

**GHT Group**

**9610 Garden Row Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sugar Land**            **TX**     **77498-1033**

Basis for the claim: **Outstanding Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.56 | Nonpriority creditor's name and mailing address | | $3.00 |
|---|---|---|---|

**Giulia Milano**

**601 Bomar St. #3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**     **77006**

Basis for the claim: **Outstanding Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **4   3   8   0**

Debtor    **Leisure Learning Unlimited, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address                                                                **$145.00**

**Grant Butkus**

**1701 Missouri St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Houston                         TX        77006

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.58**   Nonpriority creditor's name and mailing address                                                                **$40.00**

**Gwendalyn A Garfield**

**4102 Reynaldo Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Spring                          TX        77373

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   1  8  1  8

---

**3.59**   Nonpriority creditor's name and mailing address                                                                **$110.00**

**Harriet Stubblefield**

**9 Yewleaf Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Spring                          TX        77381

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   5  4  2  6

---

**3.60**   Nonpriority creditor's name and mailing address                                                                **$69.00**

**Hazel V Stewart**

**12300 Hodges #522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Houston                         TX        77085

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   7  2  6  1

---

| Debtor | __Leisure Learning Unlimited, Inc.__ | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**  Nonpriority creditor's name and mailing address

__Henry P Ridge__

__810 Red Rock Canyon Dr.__

__Katy__                        TX      77450

Date or dates debt was incurred

Last 4 digits of account number        __3__   __7__   __0__   __4__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Outstanding Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$164.00**

---

**3.62**  Nonpriority creditor's name and mailing address

__Hope Nordmeyer__

__3135 Eastside #435__

__Houston__                    TX      77098

Date or dates debt was incurred

Last 4 digits of account number        __8__   __3__   __2__   __G__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Outstanding Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$693.00**

---

**3.63**  Nonpriority creditor's name and mailing address

__Houston Athletic Fencing Center__

__4826 Brawevalley__

__Houston__                    TX      77096

Date or dates debt was incurred

Last 4 digits of account number        __5__   __5__   __7__   __C__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Outstanding Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$278.00**

---

**3.64**  Nonpriority creditor's name and mailing address

__Houston School of Flowers__

__4340 Directors Row__

__Houston__                    TX      77092

Date or dates debt was incurred

Last 4 digits of account number        __0__   __4__   __1__   __C__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Outstanding Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$672.00**

---

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | $3,252.00 |
|---|---|---|---|---|

**Houston Scuba Academy**

**12505 Hillcroft**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77035 |
|---|---|---|

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $569.11 |
|---|---|---|---|

**Intergrated Svcs. Group, LLC**

**21175 Highway 249, No. 213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77070 |
|---|---|---|

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $40.00 |
|---|---|---|---|

**Ivanna A Moros**

**4202 Misty Waters Ln.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Katy | TX | 77494 |
|---|---|---|

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  5 2 1 0

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $40.00 |
|---|---|---|---|

**James Robbins**

**5427 Winding Way**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Houston | TX | 77091 |
|---|---|---|

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  1 6 6 A

Debtor __**Leisure Learning Unlimited, Inc.**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|---|

__James Vernon_____
__1800 Rivercrest #718_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Sugar Land_____ **TX**___ __77478___

**Basis for the claim:**
__Outstanding Debt/Refund_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __5__ __1__ __3__ __3__

---

| 3.70 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|---|

__Jane Meenan_____
__11 Windsor Place_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Houston_____ **TX**___ __77055___

**Basis for the claim:**
__Outstanding Debt/Refund_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __3__ __2__ __4__ __3__

---

| 3.71 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $41.85 |
|---|---|---|---|---|

__Jill Payne_____
__10206 Ella Lee Lane_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Houston_____ **TX**___ __77042___

**Basis for the claim:**
__Outstanding Debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __3__ __0__ __5__ __A__

---

| 3.72 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $1,219.95 |
|---|---|---|---|---|

__Jim Conlan Jr._____
__2500 Tanglewilde #486_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Houston_____ **TX**___ __77063___

**Basis for the claim:**
__Outstanding Debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __8__ __8__ __5__ __C__

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | | $3,770.00 |
|---|---|---|---|

**John Barber**

**406 Sikes Street**

| | |
|---|---|
| **Houston** | **TX    77018** |

Date or dates debt was incurred

Last 4 digits of account number    **6   5   H   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | | $43.00 |
|---|---|---|---|

**John L Dozier**

**PO Box 130986**

| | |
|---|---|
| **Houston** | **TX    77219** |

Date or dates debt was incurred

Last 4 digits of account number    **6   0   4   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | | $72.00 |
|---|---|---|---|

**Jon Marsden**

**2932 Wroxton Rd.**

| | |
|---|---|
| **Houston** | **TX    77005** |

Date or dates debt was incurred

Last 4 digits of account number    **4   3   7   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | | $312.00 |
|---|---|---|---|

**Jose Figueroa**

**2111 Union Street**

| | |
|---|---|
| **Houston** | **TX    77007** |

Date or dates debt was incurred

Last 4 digits of account number    __   __   __   __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __Leisure Learning Unlimited, Inc.__          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.77** Nonpriority creditor's name and mailing address

**Joy Gasaway**

**5003 Michael Dr.**

**Houston**                **TX**      **77017**

Date or dates debt was incurred  _____

Last 4 digits of account number    3  7  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$68.00**

**3.78** Nonpriority creditor's name and mailing address

**Joy Lewis**

**14020 Schroeder Road #134**

**Houston**                **TX**      **77070**

Date or dates debt was incurred  _____

Last 4 digits of account number    0  2  7  A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$63.75**

**3.79** Nonpriority creditor's name and mailing address

**JP Morgan Chase Bank, N.A.**

**PO Box 6026, Mail Code IL1-0054**

**Chicago**                **IL**      **60680-6026**

Date or dates debt was incurred  _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$98,444.44**

**3.80** Nonpriority creditor's name and mailing address

**JP Morgan Chase Bank, N.A.**

**PO Box 659754**

**San Antonio**            **TX**      **78265-9754**

Date or dates debt was incurred  _____

Last 4 digits of account number    4  2  6  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bank Overdraft**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,707.83**

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

**JP Morgan Chase Bank, N.A.**

**PO Box 659754**

| San Antonio | TX | 78265-9754 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **4    1    2    1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Bank Overdraft**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,465.03**

---

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

**Judy Brannigan**

**525 W 24 St #4164**

| Houston | TX | 77008 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$69.00**

---

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

**Judy Owens**

**12707 Boheme #202**

| Houston | TX | 77024 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **0    9    0    3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$41.00**

---

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

**Juergen H Gohlke**

**5216 Lillian St**

| Houston | TX | 77007 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number    **3    5    7    0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$35.00**

---

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.85** | Nonpriority creditor's name and mailing address |
|---|---|

**Katherine Moore**

**3415 Havenbrook Dr. #2006**

**Kingwood**                    **TX**      **77339**

Date or dates debt was incurred

Last 4 digits of account number      **0   8   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$72.00

---

| **3.86** | Nonpriority creditor's name and mailing address |
|---|---|

**Kathy Adams Clark**

**PO Box 8674**

**Woodlands**                    **TX**      **77387**

Date or dates debt was incurred

Last 4 digits of account number      **7   7   1   A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,637.10

---

| **3.87** | Nonpriority creditor's name and mailing address |
|---|---|

**Kelly McBride Loft**

**1247 Majestic Oak**

**Richmond**                    **TX**      **77469**

Date or dates debt was incurred

Last 4 digits of account number      **5   0   B   D**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,547.25

---

| **3.88** | Nonpriority creditor's name and mailing address |
|---|---|

**Kim Holloway**

**2726 Bissonnet #240-110**

**Houston**                    **TX**      **77005**

Date or dates debt was incurred

Last 4 digits of account number      **3   8   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$169.00

---

Debtor   **Leisure Learning Unlimited, Inc.**                                 Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89**   Nonpriority creditor's name and mailing address

**Kirsten Chong**

**1211 Hauthorne St**

_____

**Houston**                    **TX**    **77006**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$54.00**

---

**3.90**   Nonpriority creditor's name and mailing address

**Kobie D. Williams**

**9707 Richmond #108**

**Houston, TX**

**77042**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,632.96**

---

**3.91**   Nonpriority creditor's name and mailing address

**Lacy Curtner**

**11740 Northpointe Blvd #1006**

_____

**Tomball**                    **TX**    **77377**

Date or dates debt was incurred   _____

Last 4 digits of account number   **3   5   8   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$35.00**

---

**3.92**   Nonpriority creditor's name and mailing address

**Latoria H Dunn**

**1550 Katy Gap Rd #2102**

_____

**Katy**                    **TX**    **77494**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.00**

---

Debtor __Leisure Learning Unlimited, Inc.__     Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address |

Lawrence Hackney

5090 Richmond Ave. #119

Houston                          TX      77056

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$400.00

| 3.94 | Nonpriority creditor's name and mailing address |

Lifetime Education Services

c/o Mona L. Cambers

11703 Coachfield Lane

Houston                          TX      77035

Date or dates debt was incurred _____

Last 4 digits of account number   1   5   A   P

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$400.00

| 3.95 | Nonpriority creditor's name and mailing address |

Linda Barnes-Moore

24505 Aldine Westfield #3212

Spring                           TX      77373

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$82.00

| 3.96 | Nonpriority creditor's name and mailing address |

Logix Communications

2950 North Loop W Fl 8

Houston                          TX      77092

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Utility Service Account

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$900.00

Debtor    **Leisure Learning Unlimited, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.97**  Nonpriority creditor's name and mailing address

**Loretta L Henderson**

**7815 Rolling Brook Dr**

_____

**Houston**               **TX**      **77271**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3    6    0    7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$8.00**

---

**3.98**  Nonpriority creditor's name and mailing address

**Lucia Bettler**

**2213 Portsmouth Street**

_____

**Houston**               **TX**      **77098**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$358.56**

---

**3.99**  Nonpriority creditor's name and mailing address

**Lynn Spachuk**

**11527 Socorro Ln.**

_____

**Tomball**               **TX**      **77377**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3    8    3    3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$56.00**

---

**3.100**  Nonpriority creditor's name and mailing address

**Lynne Coy-Kaminski**

**1926 Mallard Dr**

_____

**Houston**               **TX**      **77043**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$256.00**

---

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101** Nonpriority creditor's name and mailing address

$25.00

**Madeleine K Cogbill**

**5758 Wigton Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**    **77096**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address

$17.00

**Maria Rodriguez-Alego**

**2727 Revere St. #4010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**    **77098**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  4  0  6  9

☑ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

$39.00

**Maria V Zurinsky**

**4807 Pin Oak Park #13203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**    **77081**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  2  4  3  2

☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

$41.00

**Mary Anne Baring**

**3121 Buffalo Spwy. #5203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            **TX**    **77098**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor __**Leisure Learning Unlimited, Inc.**_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.00 |
|---|---|---|---|

**Mary B Ulat**

**1320 South Loop West**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Outstanding Debt/Refund**

Houston                          TX          77054

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          4   3   2   7

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Melessa Kay Bragg**

**11502 Eaglewood Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Outstanding Debt/Refund**

Houston                          TX          77089

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          ___ ___ ___ ___

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.00 |
|---|---|---|---|

**Melissa Cates**

**7950 N Stadum Dr #183**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Outstanding Debt/Refund**

Houston                          TX          77030

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          ___ ___ ___ ___

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Men Ta Le**

**13419 Carruth Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Outstanding Debt**

Houston                          TX          77083

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          6   4   0   B

Debtor   **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**  Nonpriority creditor's name and mailing address

**Metamorphase Studios LLC**

**Attn:  Jennifer Gomberg**

**3107 Leeland**

**Houston**                    **TX**      **77003**

Date or dates debt was incurred   _____

Last 4 digits of account number   **5    4    B    E**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$206.25

---

**3.110**  Nonpriority creditor's name and mailing address

**Mia A Jackson**

**19527 Sany Woods Dr.**

**Tomball**                    **TX**      **77375**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6    7    3    7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.111**  Nonpriority creditor's name and mailing address

**Michael Monyak**

**12302 Bowsman Dr.**

**Tomball**                    **TX**      **77377**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1    8    0    3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.112**  Nonpriority creditor's name and mailing address

**Midway Press**

**PO Box 560483**

**Dallas**                    **TX**      **75356**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,550.87

---

Debtor   **Leisure Learning Unlimited, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113**  Nonpriority creditor's name and mailing address

**Mike Mildendorf**

**110 Kaden Creek Court**

_____

**Montgomery**            **TX**     **77316**

Date or dates debt was incurred      _____

Last 4 digits of account number      **0   3   0   A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$412.50

---

**3.114**  Nonpriority creditor's name and mailing address

**Mini City Self Storage**

**9000 Westpark Drive**

_____

**Houston**              **TX**     **77063**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**Month to Month Leasehold via Executory Contract in Storage Space.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Defaulted Leasehold**

Is the claim subject to offset?
☑ No
☐ Yes

$674.00

---

**3.115**  Nonpriority creditor's name and mailing address

**Morrell Price**

**13202 Barrow Point Lane**

_____

**Houston**              **TX**     **77014**

Date or dates debt was incurred      _____

Last 4 digits of account number      **2   1   6   B**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$309.60

---

**3.116**  Nonpriority creditor's name and mailing address

**Natalie Rogers**

**8030 Big Oak Trial Dr.**

_____

**Houston**              **TX**     **77040**

Date or dates debt was incurred      _____

Last 4 digits of account number      **3   4   4   4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$70.00

---

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117**   Nonpriority creditor's name and mailing address

**Nestle' Waters North America**

**375 Paramount Drive**

**Raynham**                    **MA**      **02767**

Date or dates debt was incurred

Last 4 digits of account number      **0    8    4    8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$153.36

---

**3.118**   Nonpriority creditor's name and mailing address

**Nicholas M. Curtis**

**9106 Newbury Dr**

**Houston**                    **TX**      **77095**

Date or dates debt was incurred

Last 4 digits of account number      **5    0    0    8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$7.00

---

**3.119**   Nonpriority creditor's name and mailing address

**Nick Bhagia**

**3126 Latrobe Ln.**

**Katy**                    **TX**      **77450**

Date or dates debt was incurred

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$146.00

---

**3.120**   Nonpriority creditor's name and mailing address

**Nicole Johnson**

**3742 Charleston St.**

**Houston**                    **TX**      **77021**

Date or dates debt was incurred

Last 4 digits of account number      **6    1    7    1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$51.00

Debtor   **Leisure Learning Unlimited, Inc.**                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121**   Nonpriority creditor's name and mailing address

**Norman Fitts**

**14220 Park Row #1327**

_____

**Houston                    TX        77084**

Date or dates debt was incurred        _____

Last 4 digits of account number        **1    3    1    E**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$18.02

**3.122**   Nonpriority creditor's name and mailing address

**Nova Beads & Creations**

**c/o Cathy Buise**

**3518 While Oak Drive**

_____

**Houston                    TX        77007**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,010.10

**3.123**   Nonpriority creditor's name and mailing address

**Odetta Price**

**13202 Barrow Point Lane**

_____

**Houston                    TX        77014**

Date or dates debt was incurred        _____

Last 4 digits of account number        **3    5    8    C**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$12.90

**3.124**   Nonpriority creditor's name and mailing address

**Patricia T. Bullock**

**600 Wilcrest Drive #9**

_____

**Houston                    TX        77042**

Date or dates debt was incurred        _____

Last 4 digits of account number        ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$941.25

Debtor __Leisure Learning Unlimited, Inc.__    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.125**  Nonpriority creditor's name and mailing address

Paul Ferrarisi

4900 Tamarick

Bellaire                TX        77401

Date or dates debt was incurred

Last 4 digits of account number    2   7   5   B

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$31.50

**3.126**  Nonpriority creditor's name and mailing address

PJ Williams

9707 Richmond Ave #108

Houston                TX        77042

Date or dates debt was incurred

Last 4 digits of account number    3   3   3   6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
- [x] No
- [ ] Yes

$82.00

**3.127**  Nonpriority creditor's name and mailing address

PLS Check Cashers of Texas, LP

800 Jorie Blvd.

Oak Brook              IL        60523

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

$918.64

**3.128**  Nonpriority creditor's name and mailing address

Praxedes Wara

2150 Bentworth Dr., #313

Houston                TX        77077

Date or dates debt was incurred

Last 4 digits of account number    2   3   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7.00

Debtor __Leisure Learning Unlimited, Inc.__          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.129** Nonpriority creditor's name and mailing address

Quinton L. Boutte

505 N. Sam Houston Pkwy.

Houston          TX     77060

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

$92.00

**3.130** Nonpriority creditor's name and mailing address

Randell Dolinar

4102 Reynoldo Dr

Spring          TX     77373

Date or dates debt was incurred _____

Last 4 digits of account number  5  4  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

**3.131** Nonpriority creditor's name and mailing address

Ravinder Bachireddy

1412 Bendingbrook Cir.

Liftkin          TX     75904

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

$69.00

**3.132** Nonpriority creditor's name and mailing address

Raymond Potter

4012 Roseland St.

Houston          TX     77006

Date or dates debt was incurred _____

Last 4 digits of account number  2  9  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt/Refund

Is the claim subject to offset?
☑ No
☐ Yes

$152.00

Debtor  **Leisure Learning Unlimited, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address |
|---|---|

**Renata Kotyzova**

**5090 Richmond Ave., #411**

_____

**Houston**                    **TX**    **77056**

Date or dates debt was incurred    _____

Last 4 digits of account number    **8   3   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$23.00

---

| 3.134 | Nonpriority creditor's name and mailing address |
|---|---|

**Rhonda Cooper**

**15215 Corona De Mar Drive**

_____

**Houston**                    **TX**    **77083**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$209.00

---

| 3.135 | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Graham**

**2612 Sutherland**

_____

**Houston**                    **TX**    **77023**

Date or dates debt was incurred    _____

Last 4 digits of account number    **C   F   E   G**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

---

| 3.136 | Nonpriority creditor's name and mailing address |
|---|---|

**Roberta M. Kressler**

**2915 Meadowglen**

_____

**Houston**                    **TX**    **77082**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,818.00

Debtor  __**Leisure Learning Unlimited, Inc.**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$160.50

__**Ron Doak**_____

__**10318 Thornleaf Lane**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**Houston**_____**TX**____**77070**____

**Basis for the claim:**
__**Outstanding Debt**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$22.00

__**Ronald Benoit**_____

__**10919 Fondren #114**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**Houston**_____**TX**____**77096**____

**Basis for the claim:**
__**Outstanding Debt/Refund**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$56.00

__**Rose Florence**_____

__**6818 Wood Hollow Drive #14102**_____

__**Houston, TX 777057**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Outstanding Debt/Refund**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **5** **5** **3** **4**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$41.00

__**Sandra Del Cid**_____

__**1019 Woodbridge Ave**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**Pearland**_____**TX**____**77584**____

**Basis for the claim:**
__**Outstanding Debt/Refund**_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **5** **5** **0** **4**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | | |
|---|---|---|
| **3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.141** Nonpriority creditor's name and mailing address

**Sandra Gonzalez**

**12522 White Plains Dr.**

_____

**Houston**               **TX**      **77089**

Date or dates debt was incurred   _____

Last 4 digits of account number    **9   2   0   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.00**

---

**3.142** Nonpriority creditor's name and mailing address

**Sara Martinez**

**12523 Shannonhill Dr.**

_____

**Houston**               **TX**      **77099**

Date or dates debt was incurred   _____

Last 4 digits of account number    **7   7   6   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11.00**

---

**3.143** Nonpriority creditor's name and mailing address

**Scott Osterling**

**10218 Burgoyne Rd.**

_____

**Houston**               **TX**      **77042**

Date or dates debt was incurred   _____

Last 4 digits of account number    **3   8   6   6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$128.00**

---

**3.144** Nonpriority creditor's name and mailing address

**Simaria Jemison**

**3705 Rockingham**

_____

**Houston**               **TX**      **77051**

Date or dates debt was incurred   _____

Last 4 digits of account number    **0   6   8   9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22.00**

Debtor **Leisure Learning Unlimited, Inc.**                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.145**  Nonpriority creditor's name and mailing address

**Sirrom Studio Inc.**

**9803 Stella Link**

_____

**Houston**                **TX**        **77025**

Date or dates debt was incurred        _____

Last 4 digits of account number        **9   0   A   F**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,473.50**

---

**3.146**  Nonpriority creditor's name and mailing address

**Sonia Betancourt**

**2404 Morgan Street #B**

_____

**Houston**                **TX**        **77006**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$57.00**

---

**3.147**  Nonpriority creditor's name and mailing address

**Stacy K Simmons**

**10205 Hwy 105**

_____

**Beaumont**                **TX**        **77713**

Date or dates debt was incurred        _____

Last 4 digits of account number        **4   1   1   0**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

**$195.00**

---

**3.148**  Nonpriority creditor's name and mailing address

**Stephen R. Lierman**

**10229 Shadow Oak Drive**

_____

**Houston**                **TX**        **77043**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Oustanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,217.51**

---

Debtor   **Leisure Learning Unlimited, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.16** |
|---|---|---|---|

**Stephen Ruback**

**17515 Spring Cypress #C136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Cyress**                    **TX**      **77429**

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **9   9   5   A**

---

| 3.150 | Nonpriority creditor's name and mailing address | | **$19.00** |
|---|---|---|---|

**Steve Lierman**

**10229 Shadow Oaks Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77043**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **5   7   2   9**

---

| 3.151 | Nonpriority creditor's name and mailing address | | **$14.00** |
|---|---|---|---|

**Stuart Rosen**

**5535 Yarwell Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77096**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **3   6   0   0**

---

| 3.152 | Nonpriority creditor's name and mailing address | | **$28.00** |
|---|---|---|---|

**Susan Nagel**

**1407 Pebble Rock Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77077**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      **9   3   7   1**

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |

**Susan Perkins**

**9 Estates of Montclaire**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont**          **TX**     **77706**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **4   1   1   4**

---

| **3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.00** |

**Susan Wingfield**

**4310 Bell Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houstn**          **TX**     **77023**

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **5   5   0   B**

---

| **3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.00** |

**Tammy Kocurek**

**12403 County Road 280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alvin**          **TX**     **77511**

Basis for the claim:
**Outstanding Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **6   5   1   B**

---

| **3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

**Tawana Robinson**

**630 West Alabama St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houton**          **TX**     **77030**

Basis for the claim:
**Outstanding Debt/Refund**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **3   6   0   8**

Debtor __**Leisure Learning Unlimited, Inc.**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.157** Nonpriority creditor's name and mailing address

**Terold Gallien**

**12827 Kingston Point Lane**

**Houston**                    **TX**        **77047**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$275.00

---

**3.158** Nonpriority creditor's name and mailing address

**Terri Morgan**

**2450 Louisiana, Ste. 400-134**

**Houston**                    **TX**        **77006**

Date or dates debt was incurred _____

Last 4 digits of account number  5  1  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.159** Nonpriority creditor's name and mailing address

**Terry Hausner**

**41738 Post Oak Timber #48**

**Houston, YX 77056**

Date or dates debt was incurred _____

Last 4 digits of account number  5  8  2  A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,346.62

---

**3.160** Nonpriority creditor's name and mailing address

**Theresa Brooks**

**1422 El Dorado Blvd.**

**Houston**                    **TX**        **77062**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$62.00

---

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.161** Nonpriority creditor's name and mailing address

**Theresa Udovich**

**6115 Mustang Trail Ln.**

**Fulshear**      **TX**     **77441**

Date or dates debt was incurred

Last 4 digits of account number    **4   9   4   7**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$54.00**

---

**3.162** Nonpriority creditor's name and mailing address

**Tiffany Mensing**

**2402 Haverhill Drive**

**Houston**      **TX**     **77008**

Date or dates debt was incurred

Last 4 digits of account number    **9   4   8   C**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$39.00**

---

**3.163** Nonpriority creditor's name and mailing address

**Tim Barkin**

**6637 West 43rd**

**Houston**      **TX**     **77092**

Date or dates debt was incurred

Last 4 digits of account number    **6   3   0   E**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$261.00**

---

**3.164** Nonpriority creditor's name and mailing address

**Tommy Thompson**

**2303 C Jackson Street**

**Houston**      **TX**     **77004**

Date or dates debt was incurred

Last 4 digits of account number    **9   3   8   E**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$144.20**

---

Debtor   **Leisure Learning Unlimited, Inc.**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.165** Nonpriority creditor's name and mailing address

**Trudy Adams**

**2415 San Felipe #3**

_____

Houston                    TX      77019

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$123.00

**3.166** Nonpriority creditor's name and mailing address

**Vanessa Voss**

**240 Portland #1**

_____

Houston                    TX      77006

Date or dates debt was incurred        _____

Last 4 digits of account number     **4   0   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$69.00

**3.167** Nonpriority creditor's name and mailing address

**Verizon**

**PO Box 4001**

_____

Acworth                    GA      30101

Date or dates debt was incurred        _____

Last 4 digits of account number     **0   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$840.00

**3.168** Nonpriority creditor's name and mailing address

**Vickey Randle**

**9221 Pagewood Ln.**

_____

Houston                    TX      77063

Date or dates debt was incurred        _____

Last 4 digits of account number     **2   0   1   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Outstanding Debt/Refund**

Is the claim subject to offset?
☑ No
☐ Yes

$130.00

Debtor   **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.169**   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:                 **$50.00**
                                                                             Check all that apply.

**Vynthia A French**                                                         ☐ Contingent

**3817 S Shepherd Dr #4**                                                    ☐ Unliquidated
                                                                             ☐ Disputed

                                                                             Basis for the claim:

Houston                    TX        77098                                   **Outstanding Debt/Refund**

Date or dates debt was incurred         _____                       Is the claim subject to offset?

Last 4 digits of account number      4    1    3    4                        ☑ No
                                                                             ☐ Yes

---

**3.170**   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:                 **$101.25**
                                                                             Check all that apply.

**William McCaughey**                                                        ☐ Contingent

**406 Dockside Court**                                                       ☐ Unliquidated
                                                                             ☐ Disputed

                                                                             Basis for the claim:

Sugarland                  TX        77478                                   **Outstanding Debt**

Date or dates debt was incurred         _____                       Is the claim subject to offset?

Last 4 digits of account number      2    7    5    C                        ☑ No
                                                                             ☐ Yes

---

**3.171**   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:                 **$200.00**
                                                                             Check all that apply.

**Yvette McClaskey**                                                         ☐ Contingent

**8927 Andante**                                                             ☐ Unliquidated
                                                                             ☐ Disputed

                                                                             Basis for the claim:

Houston                    TX        77040                                   **Outstanding Debt**

Date or dates debt was incurred         _____                       Is the claim subject to offset?

Last 4 digits of account number      __  __  __  __                          ☑ No
                                                                             ☐ Yes

---

**3.172**   Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is:                 **$176.00**
                                                                             Check all that apply.

**Yvonne White**                                                             ☐ Contingent

**544 Lake Charlotte Rd.**                                                   ☐ Unliquidated
                                                                             ☐ Disputed

                                                                             Basis for the claim:

Wallisville                TX        77597                                   **Outstanding Debt/Refund**

Date or dates debt was incurred         _____                       Is the claim subject to offset?

Last 4 digits of account number      5    4    5    0                        ☑ No
                                                                             ☐ Yes

---

Debtor    **Leisure Learning Unlimited, Inc.**                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1 **Atty. Victor N. Makris**
**9898 Bissonnet, Suite 100**
**Houston, TX - 77036-8031**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

4.2 **Edward Socha**
**3600 Montrose Blvd. Unit 802**
**Houston        TX    77006**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

4.3 **Internal Revenue Service**
**PO Box 7346**
**Philadephia      PA    19101-7346**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

4.4 **JPMorgan Chase Bank, N.A.**
**Attention Bankruptcy Department**
**PO Box 24603**
**Columbus        OH    43219**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

4.5 **Neal Nations**
**8804 Carriage Drive**
**San Antonio      TX    78217**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

4.6 **Office of Attorney General**
**Consumer Protection Division**
**PO Box 12548**
**Austin        TX    78711**

Line _____
☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor   **Leisure Learning Unlimited, Inc.**        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Office of the Attorney General** <br> **Bankruptcy & Collections Division 008** <br> **PO Box 12548** <br><br> **Austin**      **TX**    **78711-2548** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **State Comptroller of Public Accounts** <br> **111 E. 17th Street** <br><br> **Austin**      **TX**    **78774-0001** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.9 | **Texas Workforce Commission** <br> **101 East 15th Street, Room 556** <br><br> **Austin**      **TX**    **78778-0001** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | **US Department of Labor** <br> **507 N Sam Houston Pkwy E** <br><br> **Houston**      **TX**    **77060** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **US Trustee** <br> **Judy A. Robbins** <br> **515 Rusk Street, Ste. 3516** <br><br> **Houston**      **TX**    **77002** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $195,516.14 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $195,516.14 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Leisure Learning Unlimited, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | _____   Chapter ___**7**___ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.  List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Five Year/Sixty Month Commerical Leasehold via Executory Contract in Commercial Suite/Storefront Space. Contract to be REJECTED Contract is in DEFAULT | 6363 Richmond Management, LLC |
|---|---|---|---|
| | | | c/o Ardenwood Group |
| | State the term remaining | February 28, 2021 | 6060 Richmond, Ste. 380 |
| | List the contract number of any government contract | | Houston                TX        77057 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commerical Equipment Leasehold - Canon Copier, Serial No. 361778003 Contract to be REJECTED Contract is in DEFAULT | Marlin Business Bank |
|---|---|---|---|
| | State the term remaining | | 300 Fellowship Road |
| | List the contract number of any government contract | | Mount Laurel              NJ        08054 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Leasehold via Executory Contract in Storage Space. Contract to be REJECTED Contract is in DEFAULT | Mini City Self Storage |
|---|---|---|---|
| | | | 9000 Westpark Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX        77063 |

**Fill in this information to identify the case:**

Debtor name __**Leisure Learning Unlimited, Inc.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Leisure Learning Unlimited, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

**1.**    *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B......................................................................... | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B..................................................................... | $5,999.83 |
| 1c. **Total of all property** Copy line 92 from Schedule A/B...................................................................... | $5,999.83 |

### Part 2:    Summary of Liabilities

**2.**    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... **$0.00**

**3.**    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................. | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | + $195,516.14 |

**4.**    **Total liabilities**
Lines 2 + 3a + 3b.............................................................................................................. **$195,516.14**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Leisure Learning Unlimited, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/18/2017**                    X **/s/ Edward Socha**
MM / DD / YYYY                                        Signature of individual signing on behalf of debtor

                                                                **Edward Socha**
                                                                Printed name

                                                                **Vice President/Treasurer**
                                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Leisure Learning Unlimited, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

   **Sources of revenue**
   Check all that apply.

   **Gross revenue**
   (before deductions and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2017** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** | From | **01/01/2016** MM / DD / YYYY | to | **12/31/2016** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$531,542.00** |
| **For the year before that:** | From | **01/01/2015** MM / DD / YYYY | to | **12/31/2015** MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$531,542.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

Debtor   **Leisure Learning Unlimited, Inc.**                          Case number (if known) _____
         Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Mini City Self Storage**<br>Creditor's name<br>**9000 Westpark Drive**<br>Street<br><br>**Houston          TX     77063**<br>City          State   ZIP Code | **15 Desks $150, 3 Audio/Visual Carts $15, 30 Chairs $300, 2 Office Credenzas $20, 5 Whiteboards $10.** | **November 20** | **$495.00** |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Texas Workforce Commission/Patricia T Bullock vs. Leisure Learning Unlimited Inc., Neal Nations, Ed Socha**<br>Case number<br>**16 058187-5** | **Unpaid Wages Claim** | **Texas Worforce Commission**<br>Name<br>**Labor Law Dept., Room 124T**<br>Street<br>**101 East 15th Street**<br><br>**Austin          TX     78778-0001**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Texas Workforce Commission/Roberta M. Kressler  vs. Leisure Learning Unlimited Inc. , Neal Nations, Ed Socha**<br>Case number<br>**16 058341-0** | **Unpaid Wages Claim** | **Texas Worforce Commission**<br>Name<br>**Labor Law Dept., Room 124T**<br>Street<br>**101 East 15th Street**<br><br>**Austin          TX     78778-0001**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Leisure Learning Unlimited, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

7.3. **Texas Workforce Commission/Kobie D Williams vs. Leisure Learning Unlimited Inc. , Neal Nations, Ed Socha**

Nature of case: **Unpaid Wages Claim**

Court or agency's name and address: **Texas Worforce Commission**
Name
**Labor Law Dept., Room 124T**
Street
**101 East 15th Street**

**Auston** **TX** **78778-0001**
City · State · ZIP Code

**Case number**
**160058866-7**

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

7.4. **Texas Workforce Commission/Stephen R. Lierman vs. Leisure Learning Unlimited Inc., Neal Nations, Ed Socha**

Nature of case: **Unpaid Wages Claim**

Court or agency's name and address: **Texas Worforce Commission**
Name
**Labor Law Dept., Room 124T**
Street
**101 East 15th Street**

**Austin** **TX** **78778-0001**
City · State · ZIP Code

**Case number**
**Unknown**

Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | Leisure Learning Unlimited, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jesse Aguinaga, Attorney at Law, P.C.** | **Bankruptcy Attorney Fees** | **12/30/2016** | **$5,000.00** |

**Address**

**The Center, 8323 S.W. Frwy., Suite 670**
Street

| **Houston** | **TX** | **77074** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**
**jfa@aguinagaandassociates.com**

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Global Health Alliance Institute, LLC** | **Assignment of Lease:** | **October 2016** | **$0.00** |

**Address**

**2990 Richmond Avenue, Ste. 120**
Street

**6363 Richmond Management, LLC c/o Ardenwood Group 6060 Richmond, Ste. 380 Houston, TX 77057**

| **Houston** | **TX** | **77098** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**
**None**

Debtor  **Leisure Learning Unlimited, Inc.**                              Case number (if known) _____
_____
Name

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **JP Morgan Chase Bank, N.A.**<br>Name<br>**PO Box 659754**<br>Street<br><br>**San Antonio      TX    78265-9754**<br>City            State   ZIP Code | XXXX- **4   2   6   1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/5/2016** | **($1,963.88)** |

Debtor    **Leisure Learning Unlimited, Inc.**                                         Case number (if known) _____
          Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.2. **JP Morgan Chase Bank, N.A.** <br> Name <br> **PO Box 659754** <br> Street <br><br> **San Antonio**   **TX**   **78265-9754** <br> City   State   ZIP Code | XXXX- **4** **1** **2** **1** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **12/5/2016** | **($1,465.03)** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.3. **JP Morgan Chase Bank, N.A.** <br> Name <br> **PO Box 659754** <br> Street <br><br> **San Antonio**   **TX**   **78265-9754** <br> City   State   ZIP Code | XXXX- **5** **2** **1** **3** | ☐ Checking <br> ☑ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **12/5/2016** | **$14.74** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor    **Leisure Learning Unlimited, Inc.**        Case number (if known) _____
      Name

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
   Include settlements and orders.

   ☑ No
   ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes.  Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

   ☑ None

26. **Books, records, and financial statements**

   26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

   | | **Name and address** | | | **Dates of service** | |
   |---|---|---|---|---|---|
   | 26a.1. | **GHT Group** | | | From   9/2/2015 | To   12/31/2016 |
   | | Name | | | | |
   | | **9610 Garden Row Drive** | | | | |
   | | Street | | | | |
   | | | | | | |
   | | **Sugar Land** | **TX** | **77498-1033** | | |
   | | City | State | ZIP Code | | |

Debtor     **Leisure Learning Unlimited, Inc.**     Case number (if known) _____
     Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **GHT Group**
Name
**9610 Garden Row Drive**
Street

**Sugar Land**     **TX**     **77498-1033**
City      State     ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor   **Leisure Learning Unlimited, Inc.**                                          Case number (if known) _____
            Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/18/2017**
                    MM / DD / YYYY

X **/s/ Edward Socha**                                          Printed name  **Edward Socha**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor  **Vice President/Treasurer**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Leisure Learning Unlimited, Inc.**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.........................Hourly: Estimated Total      **$5,000.00**

   Prior to the filing of this statement I have received.......................................................      **$0.00**

   Balance Due...........................................................................Hourly: Approximately      **$5,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**adversary actions, dischargeability actions, discovery actions, objections to proofs of claims, relief from the automatic stay, response to notices of mortgage adjustments, responses to objections to exemptions, plan modifications, pre-confirmation and post confirmation dismissal hearings, conversion of bankrutpcy chapters, reaffirmation hearings, extra-ordinary pleadings or actions such as but not limited to motions to sell property, incur debt, severance, turnover of estate property, relief from standing orders, relief from means test requirements, relief from use of uniform plan, substitution of counsel, avoidance of liens, consolidation with joint administration, abandoment, extension of deadlines, extension or imposition of automatic stay, reconsideration, reinstatements, compromise, settle, entry of discharge order and motion to vacate.**

<div style="border:1px solid black">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/18/2017** | **/s/ Jesse Aguinaga, Attorney at Law, P.C.** |
| *Date* | *Jesse Aguinaga, Attorney at Law, P.C.*    Bar No.  00798026 |
| | Aguinaga & Associates |
| | Jesse Aguinaga, Attorney at Law |
| | The Center |
| | 8323 S.W. Frwy., Suite 670 |
| | Houston, TX 77074 |
| | Phone: (713) 772-7986 / Fax: (713) 772-7725 |

</div>

  **/s/ Edward Socha**

*Edward Socha*
*Vice President/Treasurer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Leisure Learning Unlimited, Inc.**                     CASE NO

                                                          CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/18/2017 _____        Signature   _/s/ Edward Socha_____
                                                       *Edward Socha*
                                                       *Vice President/Treasurer*

Date _____          Signature _____

                                           _/s/ Jesse Aguinaga, Attorney at Law, P.C._____
                                           *Jesse Aguinaga, Attorney at Law, P.C.*
                                           *00798026*
                                           *Aguinaga & Associates*
                                           *Jesse Aguinaga, Attorney at Law*
                                           *The Center*
                                           *8323 S.W. Frwy., Suite 670*
                                           *Houston, TX 77074*
                                           *(713) 772-7986*

```
6363 Richmond Management, LLC
c/o Ardenwood Group
6060 Richmond, Ste. 380
Houston, TX 77057


Adine Rotman
3805 Brinkman Street
Houston, TX 77018


Aisha Mashwani
14723 Ridgechase Ln.
Houston, TX 77014


Alexis V Smith
1718 Bumelia Ct.
Sugar Land, TX 77479


Alice Jansen
8202 Hazen
Houston, TX 77036


Allison Mohr
11007 Hedwig Green St.
Houston, TX 77024


Andrea Shelton
7607 Vickijohn Dr.
Houston, TX 77071


Angela M. Bostain
16141 Firetower Rd.
Conroe, TX 77306


Angelita Hawke
5118 Indigo St.
Houston, TX 77096
```

Anna Grove
1002 Althea Dr.
Houston, TX 77018


Anne Savage
5356 Surgar Hill
Houston, TX 77056


Antony Tran
13239 Brookside Dr.
Sugar Land, TX 77478


April Hermosa
6418 Mildenhall Ct
Houston, TX 77084


Ashley N. Keith
2441 Staffordshire SE
Conyers, GA 30013


Atty. Victor N. Makris
9898 Bissonnet, Suite 100
Houston, TX - 77036-8031


Austina C. Matthias
1703 Oxford St.
Houston, TX 77008


Barbara Pearce
5515 Clarewood Drive #115
Houston, TX 77081


Bay Area Sailing School
1500 Marina Bay Dr #1410
Kemah, TX 7756

Bennie J. Matusek
Lucy Matusek
2911 London Ct.
Pearland, TX 77581


Bill Goloby
PO Box 904
Tomball, TX 77377


Blue Marlin Sailing School
c/o Dave McCabe
1714 Festival Drive
Houston, TX 77062


Bonnie Peterson
2815 Foxfire Circle
Missouri City, TX 77459


Brent Olsen
6515 Dr.
Spring, TX 77389


Bronwyn J.  Campbell
2817 Panagard
Houston, TX 77082


Carol Culkin
16103 Burberry Cir.
Houston, TX 77044


Carol Lowrey
17923 Zagar Ln.
Houston, TX 77090


Carolyn Greer
16514 Pradera Drive
Houston, TX 77083

Cassandra Thomas
4606 Pippoiing Glen Drive
Humble, TX 77396


Cathey G Michell
5215 Braeburn Dr.
Bellaire, TX 77401


Cecile Ellison
2908 Sandres Ct.
League City, TX 77573


Charles Henderson
155 Birdsall St #109
Houston, TX 77007


Chris Narvaez
8738 Rustonn Ridge Dr.
Richmond, TX 77406


Christine Mitchell
4620 N. Braeswood Blvd 21
Houston, TX 77096


Comcast Business
PO Box 660618
Dallas, TX 75266-0618


Crady Jewett & Mc Culley
2727 Allen Pkwy Ste 1700
Houston, TX 77019


Crystal Suton
14878 Eusingwold Dr.
Houston, TX 77015

Currie A McRee
4038 Underwood
Houston, TX 77025


Cynthia M Jackson
1302 Waugh Dr., #577
Houston, TX 77019


Danielle P Carmouche
4800 Research Forerst Dr
The Woodland, TX 77381


David Fitch
2305 Persa St.
Houston, TX 77019


Dawn Madayag
7103 Shady Moss Lane
Houston, TX 77040


Deborah Gomez
173 Water Glenn Drive
Livingston, TX 77351


Denise O'Doherty
2205 Huldy Street
Houston, TX 77019


Don Holcombe
28 Tiel Way
Houston, TX 77019


Donald Burger
PO Box 70828
Houston,, TX 77270

Dorothy Huang
3028 Wood Springs Lane
Round Rock, TX 78681


Edna Lopez
18014 Karlow Trail Ln.
Houston, TX 77074


Edward Socha
3600 Montrose Blvd. Unit 802
Houston, TX 77006


Ellan Michaels
9103 Woodwind Lakes Dr.
Houston, TX 77040


Ellen Schwartz
9123 Covent Garden
Houston, TX 77031


Elsa O Garcia
11223 Ashwood Dr
Humble, TX 77338


Ernesto Loera
4715 Saxon
Bellaire, TX 77401


Evania R Osborn
822 W 42nd
Houston, TX 77018


Evelyn Rubenstein Jewish Community Ctr.
Lapin & Landa, LLPc/o
500 Jefferson Street, Ste. 2000
Houston, TX 77002-7371

Fluer Kouraogo
6311 Beverly Hills St.
Houston, TX 77057


Gerald Bartosch
8302 Hillcroft
Houston, TX 77096


GHT Group
9610 Garden Row Drive
Sugar Land, TX 77498-1033


Giulia Milano
601 Bomar St. #3
Houston, TX 77006


Grant Butkus
1701 Missouri St.
Houston, TX 77006


Gwendalyn A Garfield
4102 Reynaldo Dr
Spring, TX 77373


Harriet Stubblefield
9 Yewleaf Ct.
Spring, TX 77381


Hazel V Stewart
12300 Hodges #522
Houston, TX 77085


Henry P Ridge
810 Red Rock Canyon Dr.
Katy, TX 77450

Hope Nordmeyer
3135 Eastside #435
Houston, TX 77098


Houston Athletic Fencing Center
4826 Brawevalley
Houston, TX 77096


Houston School of Flowers
4340 Directors Row
Houston, TX 77092


Houston Scuba Academy
12505 Hillcroft
Houston, TX  77035


Intergrated Svcs. Group, LLC
21175 Highway 249, No. 213
Houston, TX 77070


Internal Revenue Service
PO Box 7346
Philadephia, PA 19101-7346


Ivanna A Moros
4202 Misty Waters Ln.
Katy, TX 77494


James Robbins
5427 Winding Way
Houston, TX 77091


James Vernon
1800 Rivercrest #718
Sugar Land, TX 77478

Jane Meenan
11 Windsor Place
Houston, TX 77055


Jill Payne
10206 Ella Lee Lane
Houston, TX 77042


Jim Conlan Jr.
2500 Tanglewilde #486
Houston, TX 77063


John Barber
406 Sikes Street
Houston,TX 77018


John L Dozier
PO Box 130986
Houston, TX 77219


Jon Marsden
2932 Wroxton Rd.
Houston, TX 77005


Jose Figueroa
2111 Union Street
Houston, TX 77007


Joy Gasaway
5003 Michael Dr.
Houston, TX 77017


Joy Lewis
14020 Schroeder Road #134
Houston, TX 77070

```
JP Morgan Chase Bank, N.A.
PO Box 6026, Mail Code IL1-0054
Chicago, IL 60680-6026


JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754


JPMorgan Chase Bank, N.A.
Attention Bankruptcy Department
PO Box 24603
Columbus, OH 43219

Judy Brannigan
525 W 24 St #4164
Houston, TX 77008


Judy Owens
12707 Boheme #202
Houston, TX 77024


Juergen H Gohlke
5216 Lillian St
Houston, TX 77007


Katherine Moore
3415 Havenbrook Dr. #2006
Kingwood, TX 77339


Kathy Adams Clark
PO Box 8674
Woodlands, TX 77387


Kelly McBride Loft
1247 Majestic Oak
Richmond, TX 77469
```

Kim Holloway
2726 Bissonnet #240-110
Houston, TX 77005


Kirsten Chong
1211 Hauthorne St
Houston, TX 77006


Kobie D. Williams
9707 Richmond #108
Houston, TX
77042


Lacy Curtner
11740 Northpointe Blvd #1006
Tomball, TX 77377


Latoria H Dunn
1550 Katy Gap Rd #2102
Katy, TX 77494


Lawrence Hackney
5090 Richmond Ave. #119
Houston, TX 77056


Lifetime Education Services
c/o Mona L. Cambers
11703 Coachfield Lane
Houston, TX 77035


Linda Barnes-Moore
24505 Aldine Westfield #3212
Spring, TX 77373


Logix Communications
2950 North Loop W Fl 8
Houston, TX 77092

Loretta L Henderson
7815 Rolling Brook Dr
Houston, TX 77271


Lucia Bettler
2213 Portsmouth Street
Houston, TX 77098


Lynn Spachuk
11527 Socorro Ln.
Tomball, TX 77377


Lynne Coy-Kaminski
1926 Mallard Dr
Houston, TX 77043


Madeleine K Cogbill
5758 Wigton Dr
Houston, TX 77096


Maria Rodriguez-Alego
2727 Revere St. #4010
Houston, TX 77098


Maria V Zurinsky
4807 Pin Oak Park #13203
Houston, TX 77081


Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054


Mary Anne Baring
3121 Buffalo Spwy. #5203
Houston, TX 77098

Mary B Ulat
1320 South Loop West
Houston, TX 77054


Melessa Kay Bragg
11502 Eaglewood Dr.
Houston, TX 77089


Melissa Cates
7950 N Stadum Dr #183
Houston, TX 77030


Men Ta Le
13419 Carruth Lane
Houston, TX 77083


Metamorphase Studios LLC
Attn:  Jennifer Gomberg
3107 Leeland
Houston, TX 77003


Mia A Jackson
19527 Sany Woods Dr.
Tomball, TX 77375


Michael Monyak
12302 Bowsman Dr.
Tomball, TX 77377


Midway Press
PO Box 560483
Dallas, TX 75356


Mike Mildendorf
110 Kaden Creek Court
Montgomery, TX 77316

Mini City Self Storage
9000 Westpark Drive
Houston, TX 77063


Morrell Price
13202 Barrow Point Lane
Houston, TX 77014


Natalie Rogers
8030 Big Oak Trial Dr.
Houston, TX 77040


Neal Nations
8804 Carriage Drive
San Antonio, TX 78217


Nestle' Waters North America
375 Paramount Drive
Raynham, MA 02767


Nicholas M. Curtis
9106 Newbury Dr
Houston, TX 77095


Nick Bhagia
3126 Latrobe Ln.
Katy, TX 77450


Nicole Johnson
3742 Charleston St.
Houston, TX 77021


Norman Fitts
14220 Park Row #1327
Houston, TX 77084

Nova Beads & Creations
c/o Cathy Buise
3518 While Oak Drive
Houston, TX 77007


Odetta Price
13202 Barrow Point Lane
Houston, TX 77014


Office of Attorney General
Consumer Protection Division
PO Box 12548
Austin, TX 78711


Office of the Attorney General
Bankruptcy & Collections Division 008
PO Box 12548
Austin, TX 78711-2548


Patricia T. Bullock
600 Wilcrest Drive #9
Houston, TX 77042


Paul Ferrarisi
4900 Tamarick
Bellaire, TX 77401


PJ Williams
9707 Richmond Ave #108
Houston, TX 77042


PLS Check Cashers of Texas, LP
800 Jorie Blvd.
Oak Brook , IL 60523


Praxedes Wara
2150 Bentworth Dr., #313
Houston, TX 77077

Quinton L. Boutte
505 N. Sam Houston Pkwy.
Houston, TX 77060


Randell Dolinar
4102 Reynoldo Dr
Spring, TX 77373


Ravinder Bachireddy
1412 Bendingbrook Cir.
Liftkin, TX 75904


Raymond Potter
4012 Roseland St.
Houston, TX 77006


Renata Kotyzova
5090 Richmond Ave., #411
Houston, TX 77056


Rhonda Cooper
15215 Corona De Mar Drive
Houston, TX 77083


Robert Graham
2612 Sutherland
Houston, TX 77023


Roberta M. Kressler
2915 Meadowglen
Houston, TX 77082


Ron Doak
10318 Thornleaf Lane
Houston, TX 77070

Ronald Benoit
10919 Fondren #114
Houston, TX 77096


Rose Florence
6818 Wood Hollow Drive #14102
Houston, TX 777057


Sandra Del Cid
1019 Woodbridge Ave
Pearland, TX 77584


Sandra Gonzalez
12522 White Plains Dr.
Houston, TX 77089


Sara Martinez
12523 Shannonhill Dr.
Houston, TX 77099


Scott Osterling
10218 Burgoyne Rd.
Houston, TX 77042


Simaria Jemison
3705 Rockingham
Houston, TX 77051


Sirrom Studio Inc.
9803 Stella Link
Houston, TX 77025


Sonia Betancourt
2404 Morgan Street #B
Houston, TX 77006

Stacy K Simmons
10205 Hwy 105
Beaumont, TX 77713


State Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0001


Stephen R. Lierman
10229 Shadow Oak Drive
Houston, TX 77043


Stephen Ruback
17515 Spring Cypress #C136
Cyress, TX 77429


Steve Lierman
10229 Shadow Oaks Dr.
Houston, TX 77043


Stuart Rosen
5535 Yarwell Dr.
Houston, TX 77096


Susan Nagel
1407 Pebble Rock Ct.
Houston, TX 77077


Susan Perkins
9 Estates of Montclaire
Beaumont, TX 77706


Susan Wingfield
4310 Bell Street
Houstn, TX 77023

Tammy Kocurek
12403 County Road 280
Alvin, TX 77511


Tawana Robinson
630 West Alabama St.
Houton, TX 77030


Terold Gallien
12827 Kingston Point Lane
Houston, TX 77047


Terri Morgan
2450 Louisiana, Ste. 400-134
Houston, TX 77006


Terry Hausner
41738 Post Oak Timber #48
Houston, YX 77056


Texas Workforce Commission
101 East 15th Street, Room 556
Austin, TX 78778-0001


Theresa Brooks
1422 El Dorado Blvd.
Houston, TX 77062


Theresa Udovich
6115 Mustang Trail Ln.
Fulshear, TX 77441


Tiffany Mensing
2402 Haverhill Drive
Houston, TX 77008

Tim Barkin
6637 West 43rd
Houston, TX 77092


Tommy Thompson
2303 C Jackson Street
Houston, TX 77004


Trudy Adams
2415 San Felipe #3
Houston, TX 77019


US Department of Labor
507 N Sam Houston Pkwy E
Houston, TX 77060


US Trustee
Judy A. Robbins
515 Rusk Street, Ste. 3516
Houston, TX 77002


Vanessa Voss
240 Portland #1
Houston, TX 77006


Verizon
PO Box 4001
Acworth, GA 30101


Vickey Randle
9221 Pagewood Ln.
Houston, TX 77063


Vynthia A French
3817 S Shepherd Dr #4
Houston, TX 77098

William McCaughey
406 Dockside Court
Sugarland, TX 77478


Yvette McClaskey
8927 Andante
Houston, TX 77040


Yvonne White
544 Lake Charlotte Rd.
Wallisville, TX 77597

*Jesse Aguinaga, Attorney at Law, P.C., Bar No. 00798026*
*Aguinaga & Associates*
*Jesse Aguinaga, Attorney at Law*
*The Center*
*8323 S.W. Frwy., Suite 670*
*Houston, TX 77074*
*(713) 772-7986*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                                    Case No.:
**Leisure Learning Unlimited, Inc.**            SSN:   80-0322084

                                          SSN:
Debtor(s)
                            **Numbered Listing of Creditors**
Address:
**6363 Richmond Ave #205**            Chapter:    **7**
**Houston, TX 77057**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   6363 Richmond Management, LLC<br>c/o Ardenwood Group<br>6060 Richmond, Ste. 380<br>Houston, TX 77057 | Unsecured Claim | $4,140.00 |
| 2.   Adine Rotman<br>3805 Brinkman Street<br>Houston, TX 77018<br>A4421C, A4421D | Unsecured Claim | $68.25 |
| 3.   Aisha Mashwani<br>14723 Ridgechase Ln.<br>Houston, TX 77014<br>4603 | Unsecured Claim | $51.00 |
| 4.   Alexis V Smith<br>1718 Bumelia Ct.<br>Sugar Land, TX 77479<br>5095 | Unsecured Claim | $151.00 |
| 5.   Alice Jansen<br>8202 Hazen<br>Houston, TX 77036<br>5421 | Unsecured Claim | $44.00 |
| 6.   Allison Mohr<br>11007 Hedwig Green St.<br>Houston, TX 77024<br>5802 | Unsecured Claim | $290.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    Andrea Shelton<br>7607 Vickijohn Dr.<br>Houston, TX 77071<br>3710 | Unsecured Claim | $25.00 |
| 8.    Angela M. Bostain<br>16141 Firetower Rd.<br>Conroe, TX 77306 | Unsecured Claim | $55.00 |
| 9.    Angelita Hawke<br>5118 Indigo St.<br>Houston, TX 77096<br>8175 | Unsecured Claim | $91.00 |
| 10.   Anna Grove<br>1002 Althea Dr.<br>Houston, TX 77018<br>3305 | Unsecured Claim | $177.00 |
| 11.   Anne Savage<br>5356 Surgar Hill<br>Houston, TX 77056<br>5181 | Unsecured Claim | $35.00 |
| 12.   Antony Tran<br>13239 Brookside Dr.<br>Sugar Land, TX 77478<br>5604 | Unsecured Claim | $70.00 |
| 13.   April Hermosa<br>6418 Mildenhall Ct<br>Houston, TX 77084<br>3628 | Unsecured Claim | $35.00 |
| 14.   Ashley N. Keith<br>2441 Staffordshire SE<br>Conyers, GA 30013<br>4067 | Unsecured Claim | $86.00 |
| 15.   Atty. Victor N. Makris<br>9898 Bissonnet, Suite 100<br>Houston, TX - 77036-8031 | Unsecured Claim | $0.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Austina C. Matthias<br>1703 Oxford St.<br>Houston, TX 77008<br>3613 | Unsecured Claim | $59.00 |
| 17. Barbara Pearce<br>5515 Clarewood Drive #115<br>Houston, TX 77081<br>0145J | Unsecured Claim | $200.00 |
| 18. Bay Area Sailing School<br>1500 Marina Bay Dr #1410<br>Kemah, TX 7756 | Unsecured Claim | $286.00 |
| 19. Bennie J. Matusek<br>Lucy Matusek<br>2911 London Ct.<br>Pearland, TX 77581<br>1214/1215 | Unsecured Claim | $18.00 |
| 20. Bill Goloby<br>PO Box 904<br>Tomball, TX 77377<br>9240C, 9325A, 9400A | Unsecured Claim | $765.00 |
| 21. Blue Marlin Sailing School<br>c/o Dave McCabe<br>1714 Festival Drive<br>Houston, TX 77062<br>7415, 7420, 7427, 7441 | Unsecured Claim | $2,149.00 |
| 22. Bonnie Peterson<br>2815 Foxfire Circle<br>Missouri City, TX 77459<br>4828 | Unsecured Claim | $5.00 |
| 23. Brent Olsen<br>6515 Dr.<br>Spring, TX 77389<br>4607 | Unsecured Claim | $48.00 |
| 24. Bronwyn J.  Campbell<br>2817 Panagard<br>Houston, TX 77082 | Unsecured Claim | $145.00 |

in re:   **Leisure Learning Unlimited, Inc.**

|  | Debtor |  | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Carol Culkin<br>16103 Burberry Cir.<br>Houston, TX 77044 | Unsecured Claim | $11.00 |
| 26. Carol Lowrey<br>17923 Zagar Ln.<br>Houston, TX 77090<br>4184 | Unsecured Claim | $144.00 |
| 27. Carolyn Greer<br>16514 Pradera Drive<br>Houston, TX 77083<br>6374 | Unsecured Claim | $55.00 |
| 28. Cassandra Thomas<br>4606 Pippoiing Glen Drive<br>Humble, TX 77396<br>A0121A | Unsecured Claim | $200.00 |
| 29. Cathey G Michell<br>5215 Braeburn Dr.<br>Bellaire, TX 77401<br>2487 | Unsecured Claim | $75.00 |
| 30. Cecile Ellison<br>2908 Sandres Ct.<br>League City, TX 77573<br>4445 | Unsecured Claim | $72.00 |
| 31. Charles Henderson<br>155 Birdsall St #109<br>Houston, TX 77007<br>0846 | Unsecured Claim | $40.00 |
| 32. Chris Narvaez<br>8738 Rustonn Ridge Dr.<br>Richmond, TX 77406<br>3432 | Unsecured Claim | $61.00 |
| 33. Christine Mitchell<br>4620 N. Braeswood Blvd 21<br>Houston, TX 77096<br>5112 | Unsecured Claim | $62.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Comcast Business<br>PO Box 660618<br>Dallas, TX 75266-0618<br>3140 | Unsecured Claim | $648.30 |
| 35. Crady Jewett & Mc Culley<br>2727 Allen Pkwy Ste 1700<br>Houston, TX 77019 | Unsecured Claim | $16,174.26 |
| 36. Crystal Suton<br>14878 Eusingwold Dr.<br>Houston, TX 77015<br>A4557H, 4562D | Unsecured Claim | $48.12 |
| 37. Currie A McRee<br>4038 Underwood<br>Houston, TX 77025<br>0226 | Unsecured Claim | $285.00 |
| 38. Cynthia M Jackson<br>1302 Waugh Dr., #577<br>Houston, TX 77019<br>8723 | Unsecured Claim | $105.00 |
| 39. Danielle P Carmouche<br>4800 Research Forerst Dr<br>The Woodland, TX 77381 | Unsecured Claim | $5.00 |
| 40. David Fitch<br>2305 Persa St.<br>Houston, TX 77019<br>3370 | Unsecured Claim | $132.00 |
| 41. Dawn Madayag<br>7103 Shady Moss Lane<br>Houston, TX 77040<br>5497 | Unsecured Claim | $25.00 |
| 42. Deborah Gomez<br>173 Water Glenn Drive<br>Livingston, TX 77351 | Unsecured Claim | $54.80 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.  Denise O'Doherty<br>2205 Huldy Street<br>Houston, TX 77019<br>8088C | Unsecured Claim | $54.60 |
| 44.  Don Holcombe<br>28 Tiel Way<br>Houston, TX 77019<br>4950A, B, D, E, I | Unsecured Claim | $133.30 |
| 45.  Donald Burger<br>PO Box 70828<br>Houston,, TX 77270<br>A5005A | Unsecured Claim | $211.05 |
| 46.  Dorothy Huang<br>3028 Wood Springs Lane<br>Round Rock, TX 78681<br>9081C | Unsecured Claim | $579.50 |
| 47.  Edna Lopez<br>18014 Karlow Trail Ln.<br>Houston, TX 77074<br>8256 | Unsecured Claim | $15.00 |
| 48.  Edward Socha<br>3600 Montrose Blvd. Unit 802<br>Houston, TX 77006 | Unsecured Claim | $0.00 |
| 49.  Ellan Michaels<br>9103 Woodwind Lakes Dr.<br>Houston, TX 77040<br>3466 | Unsecured Claim | $71.00 |
| 50.  Ellen Schwartz<br>9123 Covent Garden<br>Houston, TX 77031<br>E, F, 5713F | Unsecured Claim | $649.00 |
| 51.  Elsa O Garcia<br>11223 Ashwood Dr<br>Humble, TX 77338<br>4302 | Unsecured Claim | $99.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 52. | Ernesto Loera<br>4715 Saxon<br>Bellaire, TX 77401<br>3899 | Unsecured Claim | $69.00 |
| 53. | Evania R Osborn<br>822 W 42nd<br>Houston, TX 77018<br>2262 | Unsecured Claim | $145.00 |
| 54. | Evelyn Rubenstein Jewish Community Ctr.<br>Lapin & Landa, LLPc/o<br>500 Jefferson Street, Ste. 2000<br>Houston, TX 77002-7371 | Unsecured Claim | $7,787.40 |
| 55. | Fluer Kouraogo<br>6311 Beverly Hills St.<br>Houston, TX 77057<br>3302 | Unsecured Claim | $34.00 |
| 56. | Gerald Bartosch<br>8302 Hillcroft<br>Houston, TX 77096 | Unsecured Claim | $90.00 |
| 57. | GHT Group<br>9610 Garden Row Drive<br>Sugar Land, TX 77498-1033 | Unsecured Claim | $1,690.00 |
| 58. | Giulia Milano<br>601 Bomar St. #3<br>Houston, TX 77006<br>4380 | Unsecured Claim | $3.00 |
| 59. | Grant Butkus<br>1701 Missouri St.<br>Houston, TX 77006 | Unsecured Claim | $145.00 |
| 60. | Gwendalyn A Garfield<br>4102 Reynaldo Dr<br>Spring, TX 77373<br>1818 | Unsecured Claim | $40.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 61. Harriet Stubblefield<br>9 Yewleaf Ct.<br>Spring, TX 77381<br>5426 | Unsecured Claim | $110.00 |
| 62. Hazel V Stewart<br>12300 Hodges #522<br>Houston, TX 77085<br>7261 | Unsecured Claim | $69.00 |
| 63. Henry P Ridge<br>810 Red Rock Canyon Dr.<br>Katy, TX 77450<br>3704 | Unsecured Claim | $164.00 |
| 64. Hope Nordmeyer<br>3135 Eastside #435<br>Houston, TX 77098<br>8331A, B, C, 9326A 28331A,E,F,G, 2832G | Unsecured Claim | $693.00 |
| 65. Houston Athletic Fencing Center<br>4826 Brawevalley<br>Houston, TX 77096<br>A6555B. A6657A, 6557B. A6557C | Unsecured Claim | $278.00 |
| 66. Houston School of Flowers<br>4340 Directors Row<br>Houston, TX 77092<br>A4041A, 4041B, 4041C | Unsecured Claim | $672.00 |
| 67. Houston Scuba Academy<br>12505 Hillcroft<br>Houston, TX  77035 | Unsecured Claim | $3,252.00 |
| 68. Intergrated Svcs. Group, LLC<br>21175 Highway 249, No. 213<br>Houston, TX 77070 | Unsecured Claim | $569.11 |
| 69. Internal Revenue Service<br>PO Box 7346<br>Philadephia, PA 19101-7346 | Priority Claim | $0.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70. Ivanna A Moros<br>4202 Misty Waters Ln.<br>Katy, TX 77494<br>5210 | Unsecured Claim | $40.00 |
| 71. James Robbins<br>5427 Winding Way<br>Houston, TX 77091<br>7166A | Unsecured Claim | $40.00 |
| 72. James Vernon<br>1800 Rivercrest #718<br>Sugar Land, TX 77478<br>5133 | Unsecured Claim | $28.00 |
| 73. Jane Meenan<br>11 Windsor Place<br>Houston, TX 77055<br>3243 | Unsecured Claim | $39.00 |
| 74. Jill Payne<br>10206 Ella Lee Lane<br>Houston, TX 77042<br>A8305A | Unsecured Claim | $41.85 |
| 75. Jim Conlan Jr.<br>2500 Tanglewilde #486<br>Houston, TX 77063<br>A4880A, A4880D, A4885C | Unsecured Claim | $1,219.95 |
| 76. John Barber<br>406 Sikes Street<br>Houston,TX 77018<br>A5965H2,A5965H2 | Unsecured Claim | $3,770.00 |
| 77. John L Dozier<br>PO Box 130986<br>Houston, TX 77219<br>6046 | Unsecured Claim | $43.00 |
| 78. Jon Marsden<br>2932 Wroxton Rd.<br>Houston, TX 77005<br>4373 | Unsecured Claim | $72.00 |

in re: **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 79. | Jose Figueroa<br>2111 Union Street<br>Houston, TX 77007 | Unsecured Claim | $312.00 |
| 80. | Joy Gasaway<br>5003 Michael Dr.<br>Houston, TX 77017<br>3730 | Unsecured Claim | $68.00 |
| 81. | Joy Lewis<br>14020 Schroeder Road #134<br>Houston, TX 77070<br>8027A | Unsecured Claim | $63.75 |
| 82. | JP Morgan Chase Bank, N.A.<br>PO Box 6026, Mail Code IL1-0054<br>Chicago, IL 60680-6026 | Unsecured Claim | $98,444.44 |
| 83. | JP Morgan Chase Bank, N.A.<br>PO Box 659754<br>San Antonio, TX 78265-9754<br>4261 | Unsecured Claim | $2,707.83 |
| 84. | JP Morgan Chase Bank, N.A.<br>PO Box 659754<br>San Antonio, TX 78265-9754<br>4121 | Unsecured Claim | $1,465.03 |
| 85. | JPMorgan Chase Bank, N.A.<br>Attention Bankruptcy Department<br>PO Box 24603<br>Columbus, OH 43219 | Unsecured Claim | $0.00 |
| 86. | Judy Brannigan<br>525 W 24 St #4164<br>Houston, TX 77008 | Unsecured Claim | $69.00 |
| 87. | Judy Owens<br>12707 Boheme #202<br>Houston, TX 77024<br>0903 | Unsecured Claim | $41.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | | |
|---|---|---|
| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88. Juergen H Gohlke<br>5216 Lillian St<br>Houston, TX 77007<br>3570 | Unsecured Claim | $35.00 |
| 89. Katherine Moore<br>3415 Havenbrook Dr. #2006<br>Kingwood, TX 77339<br>0831 | Unsecured Claim | $72.00 |
| 90. Kathy Adams Clark<br>PO Box 8674<br>Woodlands, TX 77387<br>A4642A, A4771A | Unsecured Claim | $4,637.10 |
| 91. Kelly McBride Loft<br>1247 Majestic Oak<br>Richmond, TX 77469<br>5850B, D | Unsecured Claim | $1,547.25 |
| 92. Kim Holloway<br>2726 Bissonnet #240-110<br>Houston, TX 77005<br>3845 | Unsecured Claim | $169.00 |
| 93. Kirsten Chong<br>1211 Hauthorne St<br>Houston, TX 77006 | Unsecured Claim | $54.00 |
| 94. Kobie D. Williams<br>9707 Richmond #108<br>Houston, TX<br>77042 | Unsecured Claim | $2,632.96 |
| 95. Lacy Curtner<br>11740 Northpointe Blvd #1006<br>Tomball, TX 77377<br>3581 | Unsecured Claim | $35.00 |
| 96. Latoria H Dunn<br>1550 Katy Gap Rd #2102<br>Katy, TX 77494 | Unsecured Claim | $6.00 |

in re:  **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 97. | Lawrence Hackney<br>5090 Richmond Ave. #119<br>Houston, TX 77056 | Unsecured Claim | $400.00 |
| 98. | Lifetime Education Services<br>c/o Mona L. Cambers<br>11703 Coachfield Lane<br>Houston, TX 77035<br>A0115AP | Unsecured Claim | $400.00 |
| 99. | Linda Barnes-Moore<br>24505 Aldine Westfield #3212<br>Spring, TX 77373 | Unsecured Claim | $82.00 |
| 100. | Logix Communications<br>2950 North Loop W Fl 8<br>Houston, TX 77092 | Unsecured Claim | $900.00 |
| 101. | Loretta L Henderson<br>7815 Rolling Brook Dr<br>Houston, TX 77271<br>3607 | Unsecured Claim | $8.00 |
| 102. | Lucia Bettler<br>2213 Portsmouth Street<br>Houston, TX 77098 | Unsecured Claim | $358.56 |
| 103. | Lynn Spachuk<br>11527 Socorro Ln.<br>Tomball, TX 77377<br>3833 | Unsecured Claim | $56.00 |
| 104. | Lynne Coy-Kaminski<br>1926 Mallard Dr<br>Houston, TX 77043 | Unsecured Claim | $256.00 |
| 105. | Madeleine K Cogbill<br>5758 Wigton Dr<br>Houston, TX 77096 | Unsecured Claim | $25.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 106.  Maria Rodriguez-Alego<br>2727 Revere St. #4010<br>Houston, TX 77098<br>4069 | Unsecured Claim | $17.00 |
| 107.  Maria V Zurinsky<br>4807 Pin Oak Park #13203<br>Houston, TX 77081<br>2432 | Unsecured Claim | $39.00 |
| 108.  Mary Anne Baring<br>3121 Buffalo Spwy. #5203<br>Houston, TX 77098 | Unsecured Claim | $41.00 |
| 109.  Mary B Ulat<br>1320 South Loop West<br>Houston, TX 77054<br>4327 | Unsecured Claim | $77.00 |
| 110.  Melessa Kay Bragg<br>11502 Eaglewood Dr.<br>Houston, TX 77089 | Unsecured Claim | $70.00 |
| 111.  Melissa Cates<br>7950 N Stadum Dr #183<br>Houston, TX 77030 | Unsecured Claim | $179.00 |
| 112.  Men Ta Le<br>13419 Carruth Lane<br>Houston, TX 77083<br>A5640B | Unsecured Claim | $195.00 |
| 113.  Metamorphase Studios LLC<br>Attn:  Jennifer Gomberg<br>3107 Leeland<br>Houston, TX 77003<br>A5954B, E | Unsecured Claim | $206.25 |
| 114.  Mia A Jackson<br>19527 Sany Woods Dr.<br>Tomball, TX 77375<br>6737 | Unsecured Claim | $20.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 115. | Michael Monyak<br>12302 Bowsman Dr.<br>Tomball, TX 77377<br>1803 | Unsecured Claim | $20.00 |
| 116. | Midway Press<br>PO Box 560483<br>Dallas, TX 75356 | Unsecured Claim | $9,550.87 |
| 117. | Mike Mildendorf<br>110 Kaden Creek Court<br>Montgomery, TX 77316<br>2029B, 2029C, 2029D, 2029E, 2030A, | Unsecured Claim | $412.50 |
| 118. | Mini City Self Storage<br>9000 Westpark Drive<br>Houston, TX 77063 | Unsecured Claim | $674.00 |
| 119. | Morrell Price<br>13202 Barrow Point Lane<br>Houston, TX 77014<br>A8216A 8213B, 8216B | Unsecured Claim | $309.60 |
| 120. | Natalie Rogers<br>8030 Big Oak Trial Dr.<br>Houston, TX 77040<br>3444 | Unsecured Claim | $70.00 |
| 121. | Neal Nations<br>8804 Carriage Drive<br>San Antonio, TX 78217 | Unsecured Claim | $0.00 |
| 122. | Nestle' Waters North America<br>375 Paramount Drive<br>Raynham, MA 02767<br>0848 | Unsecured Claim | $153.36 |
| 123. | Nicholas M. Curtis<br>9106 Newbury Dr<br>Houston, TX 77095<br>5008 | Unsecured Claim | $7.00 |

in re:  **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124. Nick Bhagia<br>3126 Latrobe Ln.<br>Katy, TX 77450 | Unsecured Claim | $146.00 |
| 125. Nicole Johnson<br>3742 Charleston St.<br>Houston, TX 77021<br>6171 | Unsecured Claim | $51.00 |
| 126. Norman Fitts<br>14220 Park Row #1327<br>Houston, TX 77084<br>A3131E | Unsecured Claim | $18.02 |
| 127. Nova Beads & Creations<br>c/o Cathy Buise<br>3518 While Oak Drive<br>Houston, TX 77007 | Unsecured Claim | $1,010.10 |
| 128. Odetta Price<br>13202 Barrow Point Lane<br>Houston, TX 77014<br>A8358C | Unsecured Claim | $12.90 |
| 129. Office of Attorney General<br>Consumer Protection Division<br>PO Box 12548<br>Austin, TX 78711 | Priority Claim | $0.00 |
| 130. Office of the Attorney General<br>Bankruptcy & Collections Division 008<br>PO Box 12548<br>Austin, TX 78711-2548 | Priority Claim | $0.00 |
| 131. Patricia T. Bullock<br>600 Wilcrest Drive #9<br>Houston, TX 77042 | Unsecured Claim | $941.25 |
| 132. Paul Ferrarisi<br>4900 Tamarick<br>Bellaire, TX 77401<br>A2275B | Unsecured Claim | $31.50 |

in re: **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 133. PJ Williams<br>9707 Richmond Ave #108<br>Houston, TX 77042<br>3336 | Unsecured Claim | $82.00 |
| 134. PLS Check Cashers of Texas, LP<br>800 Jorie Blvd.<br>Oak Brook , IL 60523 | Unsecured Claim | $918.64 |
| 135. Praxedes Wara<br>2150 Bentworth Dr., #313<br>Houston, TX 77077<br>2356 | Unsecured Claim | $7.00 |
| 136. Quinton L. Boutte<br>505 N. Sam Houston Pkwy.<br>Houston, TX 77060 | Unsecured Claim | $92.00 |
| 137. Randell Dolinar<br>4102 Reynoldo Dr<br>Spring, TX 77373<br>5400 | Unsecured Claim | $40.00 |
| 138. Ravinder Bachireddy<br>1412 Bendingbrook Cir.<br>Liftkin, TX 75904 | Unsecured Claim | $69.00 |
| 139. Raymond Potter<br>4012 Roseland St.<br>Houston, TX 77006<br>2996 | Unsecured Claim | $152.00 |
| 140. Renata Kotyzova<br>5090 Richmond Ave., #411<br>Houston, TX 77056<br>8380 | Unsecured Claim | $23.00 |
| 141. Rhonda Cooper<br>15215 Corona De Mar Drive<br>Houston, TX 77083 | Unsecured Claim | $209.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 142. Robert Graham<br>2612 Sutherland<br>Houston, TX 77023<br>A5962C, F, E, G | Unsecured Claim | $1,100.00 |
| 143. Roberta M. Kressler<br>2915 Meadowglen<br>Houston, TX 77082 | Unsecured Claim | $1,818.00 |
| 144. Ron Doak<br>10318 Thornleaf Lane<br>Houston, TX 77070 | Unsecured Claim | $160.50 |
| 145. Ronald Benoit<br>10919 Fondren #114<br>Houston, TX 77096 | Unsecured Claim | $22.00 |
| 146. Rose Florence<br>6818 Wood Hollow Drive #14102<br>Houston, TX 777057<br>5534 | Unsecured Claim | $56.00 |
| 147. Sandra Del Cid<br>1019 Woodbridge Ave<br>Pearland, TX 77584<br>5504 | Unsecured Claim | $41.00 |
| 148. Sandra Gonzalez<br>12522 White Plains Dr.<br>Houston, TX 77089<br>9209 | Unsecured Claim | $10.00 |
| 149. Sara Martinez<br>12523 Shannonhill Dr.<br>Houston, TX 77099<br>7762 | Unsecured Claim | $11.00 |
| 150. Scott Osterling<br>10218 Burgoyne Rd.<br>Houston, TX 77042<br>3866 | Unsecured Claim | $128.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 151.   Simaria Jemison<br>3705 Rockingham<br>Houston, TX 77051<br>0689 | Unsecured Claim | $22.00 |
| 152.   Sirrom Studio Inc.<br>9803 Stella Link<br>Houston, TX 77025<br>Z4993E, Z6090AF | Unsecured Claim | $1,473.50 |
| 153.   Sonia Betancourt<br>2404 Morgan Street #B<br>Houston, TX 77006 | Unsecured Claim | $57.00 |
| 154.   Stacy K Simmons<br>10205 Hwy 105<br>Beaumont, TX 77713<br>4110 | Unsecured Claim | $195.00 |
| 155.   State Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774-0001 | Priority Claim | $0.00 |
| 156.   Stephen R. Lierman<br>10229 Shadow Oak Drive<br>Houston, TX 77043 | Unsecured Claim | $3,217.51 |
| 157.   Stephen Ruback<br>17515 Spring Cypress #C136<br>Cyress, TX 77429<br>5970A, 5972A, 5995A | Unsecured Claim | $450.16 |
| 158.   Steve Lierman<br>10229 Shadow Oaks Dr.<br>Houston, TX 77043<br>5729 | Unsecured Claim | $19.00 |
| 159.   Stuart Rosen<br>5535 Yarwell Dr.<br>Houston, TX 77096<br>3600 | Unsecured Claim | $14.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 160. Susan Nagel<br>1407 Pebble Rock Ct.<br>Houston, TX 77077<br>9371 | Unsecured Claim | $28.00 |
| 161. Susan Perkins<br>9 Estates of Montclaire<br>Beaumont, TX 77706<br>4114 | Unsecured Claim | $195.00 |
| 162. Susan Wingfield<br>4310 Bell Street<br>Houstn, TX 77023<br>4509b, 4531A, 4531B, 4550B | Unsecured Claim | $1,404.00 |
| 163. Tammy Kocurek<br>12403 County Road 280<br>Alvin, TX 77511<br>1651B | Unsecured Claim | $286.00 |
| 164. Tawana Robinson<br>630 West Alabama St.<br>Houton, TX 77030<br>3608 | Unsecured Claim | $140.00 |
| 165. Terold Gallien<br>12827 Kingston Point Lane<br>Houston, TX 77047 | Unsecured Claim | $275.00 |
| 166. Terri Morgan<br>2450 Louisiana, Ste. 400-134<br>Houston, TX 77006<br>5186 | Unsecured Claim | $0.00 |
| 167. Terry Hausner<br>41738 Post Oak Timber #48<br>Houston, YX 77056<br>A4582A | Unsecured Claim | $1,346.62 |
| 168. Texas Workforce Commission<br>101 East 15th Street, Room 556<br>Austin, TX 78778-0001 | Priority Claim | $0.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 169. | Theresa Brooks<br>1422 El Dorado Blvd.<br>Houston, TX 77062 | Unsecured Claim | $62.00 |
| 170. | Theresa Udovich<br>6115 Mustang Trail Ln.<br>Fulshear, TX 77441<br>4947 | Unsecured Claim | $54.00 |
| 171. | Tiffany Mensing<br>2402 Haverhill Drive<br>Houston, TX 77008<br>A5948C | Unsecured Claim | $39.00 |
| 172. | Tim Barkin<br>6637 West 43rd<br>Houston, TX 77092<br>4630D, 4630E | Unsecured Claim | $261.00 |
| 173. | Tommy Thompson<br>2303 C Jackson Street<br>Houston, TX 77004<br>5938E | Unsecured Claim | $144.20 |
| 174. | Trudy Adams<br>2415 San Felipe #3<br>Houston, TX 77019 | Unsecured Claim | $123.00 |
| 175. | US Department of Labor<br>507 N Sam Houston Pkwy E<br>Houston, TX 77060 | Priority Claim | $0.00 |
| 176. | US Trustee<br>Judy A. Robbins<br>515 Rusk Street, Ste. 3516<br>Houston, TX 77002 | Priority Claim | $0.00 |
| 177. | Vanessa Voss<br>240 Portland #1<br>Houston, TX 77006<br>4006 | Unsecured Claim | $69.00 |

in re:   **Leisure Learning Unlimited, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 178.  Verizon<br>PO Box 4001<br>Acworth, GA 30101<br>0001 | Unsecured Claim | $840.00 |
| 179.  Vickey Randle<br>9221 Pagewood Ln.<br>Houston, TX 77063<br>2018 | Unsecured Claim | $130.00 |
| 180.  Vynthia A French<br>3817 S Shepherd Dr #4<br>Houston, TX 77098<br>4134 | Unsecured Claim | $50.00 |
| 181.  William McCaughey<br>406 Dockside Court<br>Sugarland, TX 77478<br>A0275C | Unsecured Claim | $101.25 |
| 182.  Yvette McClaskey<br>8927 Andante<br>Houston, TX 77040 | Unsecured Claim | $200.00 |
| 183.  Yvonne White<br>544 Lake Charlotte Rd.<br>Wallisville, TX 77597<br>5450 | Unsecured Claim | $176.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,  **Leisure Learning Unlimited, Inc.** ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___21___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ Edward Socha**                                            Date: 2/18/2017
          **Edward Socha**
          **Vice President/Treasurer**